IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER NISSAN, INC., | : | 4:14-CV-01623 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| MARITZ LLC AND | : | |
| NORTHWOODS AUTO, INC. | : | |
| D/B/A NORTHWOODS NISSAN | : | |
| | : | |
| Defendants. | : | |

**ORDER**

January 28, 2015

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

    1. Plaintiff's Motion to Remand is GRANTED. September 8, 2014, ECF No. 7.

    2. The action is dismissed without prejudice and is remanded to the Lycoming County Court of Common Pleas

    3. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1